Faron Raymond Hawkins
IMSI # 17833
POB 51
Boise Idaho 83707

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In the Matter of the Estate of Donna Lou Hawkins and Raymond Edward Hawkins Deceased | U.S. Dist. No. _____ State of Idaho 3rd Judicial District Case number CV14-23-11355 And CV14-23-7587 And CV01-23-06433 4th Judicial District |
| Jen Holdings LLC, Faron Raymond Hawkins CEO, stock holders, Petitioners/Plaintiffs V Raymond E Russell, Dorlene M Russell, Jacob Jones, Judge Sumo, Judge Sullivan, Ada County, Canyon County, State of Idaho, Veterans Administration Medical Center and unknown John Jane Does. Respondents, Defendants. | Petition for Removal to U.S. District Court for the District of Montana under 28-USC-1331, 28-USC-1332, 28-USC-1441, 28-USC-1442, 28-USC-1446, 28-USC-1343, 28-USC-1345, 28-USC-1367, 28-USC-1608 Federal Question, Diversity, Original Jurisdiction, Tortious Interference where A Montana Close Corporation is involved and governed by MCA Chapter Title 35. Motion for Expedited do to upcoming Probate Trial in Nov. 2024. No decision issued yet. |

## Introduction

The state of Idaho, Canyon County, is trying to probate property assets of Jen Holdings LLC a Montana close corporation for appox. 20 years in direct violation of Idaho law, Montana law, and United States of America clearly established Constitutional law. This has become a RICO violation as well.

## Federal Questions

1- Does Idaho have authority to seize assets of a Montana Corporation?

2- Does Idaho have authority to Probate assets of a Montana Corporation?

3- Is Jen Holdings LLC a Montana Close Corporation governed by Montana law?

4- Can the state of Idaho deny Jen Holdings LLC Counsel to defend their assets?

5- Is it unconstitutional to deprive Jen Holdings, CEO, Stockholders of Counsel?

6- Does Idaho have authority to Probate a Antenuptial agreement?

7- Is Idaho violating the Doctrine of Fraudulent Concealment of property?

8- Does the United States Attorney for Montana have authority in this case?

9- Does the Montana Attorney General have authority over Jen Holdings?

10- Does Montana and Montana U.S. Attorney have original Jurisdiction?

11- Is Jen Holdings LLC assets, property, Non Probate able?

12- Does the 14th Amendment prohibit Idaho from seizing Jen Holdings?

13- Does Idaho's act of facilitating a known fraud on Court record for over a year require removal from state court?

14- Did Raymond E Russell, Darlene M Russell act of lying to Judge Jurries, and Judge Sullivan that Deceased had no family or heirs to obtain a Court order to facilitate access to gold, silver, cash, property, void that order?

15- Did act of Russells lying to Judge Jurries Judge Sullivan in sworn statements that there is no gold or silver for over a year void their will?

IMSI Indigent Legal Paper

## Parties.

Raymond E. Darlene M Russell   11920 Hubbard Rd Kuna Id 83634
Jacob Jones Russells attorney   5700 east Franklin Rd Nampa Id 83687
VAMC Director David Wood   500 W Fort Street Boise Id 83724
Canyon County Court Judge Sullivan   1115 Albany St Caldwell Id 83605
Ada County Court Judge Jurries   200 W Front St Boise Id 83201
Faron R Hawkins IMSI #17833   POB 51 Boise Id 83707
Stockholders of Jen Holdings LLC   2410 Fleet Street Missoula MT 59

## Jurisdiction

Venue is Proper

28-USC-1331-1332, 28-USC-1441-1442, 28-USC-1343 & 1367 & 1345  28-USC-1446  28-USC-1608

Giving Montana original Jurisdiction when federal question and Diversity is active as stockholders reside in Minnesota, Colorado, Montana, Texas, Israel.
Further
Veterans Administration Medical Center, U.S. Dept of Treasury, Internal Revenue Service, Montana Dept of Revenue all alive to give the United States Attorney for Montana Jurisdiction.

CEO Faron Raymond Hawkins is denied counsel, as all of his property, is tied up with Jen Holdings LLC and Idaho has unlawfully mingled it with the deceased estate and is trying to probate it, even though they have on the Zoom hearing video court record Russells fraud. Local lawyers told CEO Jen Holdings that the state of Idaho does not want it to be deemed Corporate Montana property as Idaho will lose the tax revenue and the fact the County Judge screwed up, unlawfully issued the order for Russells and that could have County sued if Faron had access to Corporate funds, thereby obstructing Faron from doing his duty as CEO

Jacob Jones Russells lawyer, lied to court, said no gold, silver, no Corporation, Faron filed this act against him at Idaho State bar Doctrine of Fraudulent Concealment, Corporate fraud.

Jen Holdings LLC a Montana close corporation with registered agents Elite Montana at 2410 Fleet Street Missoula Montana 59808 email at Ashleysvihl5@gmail.com ph 406-721-3079 Jen Holdings LLC C1350842 Perpetual & ongoing in good standing.

In 2024 CEO Jen Holdings LLC was notified that a person Named Raymond E Russell Darlene M Russell forged the title registration to corporate assets to wit. 1995 Newmar motor home titled registered in Jen Holdings with Montana human plates since 2006. This is fraud, forgery, theft of corporate assets as corporate safe, property was transported in the Newmar, these included but not limited to:
380 gold one ounce 99.8% pure coins / 140 silver one ounce 99.8% pure coins. Current value at gold spot $955,400.⁰⁰ / Current value at silver spot $4,200.⁰⁰
Actual value is $1,280,000.⁰⁰ / actual value is $70,000.⁰⁰
St Gaudens double eagles increase value / 1881 Carson City increase value.
15 55 gallon barrells of Pendleton Woolen Mills fabric, textiles, 3 sewing machines, guns, safes, wood stove, paintings, prints, gun purses boys, jewelry, AOR 8000 stock, $181,000.⁰⁰ cash, etc…

Jen Holdings LLC CEO Faron Raymond Hawkins has a duty to inform Montana authorities United States Attorney for Montana Jesse Laslovich authorities Montana Attorney General Matthew Cochenour

Jurisdiction

Montana Corporation is governed by Montana law
Montana Corporate Assets are taxable by Montana Dept of Revenue
Montana Corporation Assets are taxable by Internal Revenue Service.
Federal building in Boise Idaho Veteran Administration Medical Center owned by U.S. Government, Federal property, is the site, location of the initial acts of fraud, elder abuse, theft, embezzlement was initiated by Raymond E Russell and Darlene M Russell by them entering the VAMC to commit fraud, embezzlement, elder abuse, scheme to defraud a 93 year old veteran with dementia, dying of cancer, multiple strokes who had just lost his wife to being poisoned by excessive magnesium of which the Russells are persons of interest in a ongoing investigation, which VAMC employees helped facilitate for Russells by failure to check identification Fed Veteran drink, food, chocolate, obtained a signature from him

IMSI Indigent Legal Paper

That enabled Russells to file a informal probate, all transpired in the Federal building, Federal property, thus further giving jurisdiction then went to the local magistrate and filed a informal probate with a will they claim Raymond E Hawkins signed.

## Facts on Court Record

State of Idaho Ada County magistrate Judge Jurries 4th district Boise Idaho in Case No. CV01-23-06433 April 2023 Judge Jurries violated 15-3-203 and proof of findings appointed Russells Raymond E Russell Darlene M Russell personal representative, used that order to embezzle, steal $1.2 million. Lied to court in sworn writing and orally, no children, no siblings. Never notified heirs, family of deceased or status of personal representative.

Sept 19 2023 hearing Judge Jurries questioned Russells why they lied to court and where are the gold and silver Faron Hawkins stake was there. Jurries freezes Assets, removes Russells of personal representative. Russells state that No Gold or Silver existed. Judge orders them to produce inventory, they said they never did inventory.

Oct 22 2023 Russells produce inventory. Sworn, no gold No silver no value at death, no price when sold.

Dec 16 2023 Case transferred to Canyon County Judge Thomas Sullivan 3rd Judicial district magistrate Case No. CV14-23-11355 & CV14-23-07587

Jan 4th & 31st 2024 Russells again sworn, No gold, No silver, no guns, etc... Inventory show no watches, wedding rings etc

Feb 12 2024 Faron Hawkins who is CEO of Jen Holdings, majority stockholder, has been contacting local law enforcement, produced will & Trust of deceased, again No gold even with documents state 380 gold 140 silver $181,000 cash etc...

Feb 28 2024 Tresco court appointed administrator finds 380 gold coins Silver coins in the home of Russells 11920 Hubbard road Kuna Idaho and they admit it was the deceased.

IMSI Indigent Legal Paper

Elder abuse. 93 year old Veteran with Dementia, multiple strokes, dying of cancer within just weeks

Raymond E Russell Darlene M Russell entered VAMC Boise, Idaho bypassed all security checks, fed veteran chocolates, drinks, got a alleged signature on a will, hard to make out signature.

Used signature, filed informal probate, got a court order, stole, embezzled one million two hundred thousand in gold, silver, stocks.

Lied to Judge Jurnes Judge Sullivan, inventory, sworn no gold silver

Forged Title registration to Newmar motor home, owned by Montana Corporation Jen Holdings LLC, sold, never notifying court or CEO or heir,

Lied in inventory, stated items taxable by Montana Dept of Revenue were donated when they were not, they were stolen, embezzled, fraudulently concealed from Court, parties

Feb 28 2024 Tresco Maryann Dunlan found 380 gold coins and silver coins etc... in Russells home

Russells did not file taxes on Corporate assets $1.2 million with IRS and U.S. Treasury.

Russells did not file taxes with Montana Dept of Revenue

Russells committed fraud and embezzlement against Montana Attorney General Matthew Ochenour and DUS Attorney for Montana.

Fraud against Corporation and stock holders that require the CEO Jen Holdings to notify Montana and bring action

State of Idaho is without Subject Matter and Personal Jurisdiction as Donna Lou Hawkins Antenuptial Agreement is a Non-Probatedable instrument under Idaho code 32-712 states No state Court has authority over antenuptial agreements, to amend, rescind, Probate. The United States Supreme Court in United States v. Paulson 2018 held: "Purpose of creating an antenuptial agreement was to transfer assets outside of Probate Courts control"...

State of Idaho is violating both Idaho and Federal law. United States Constitutional Amendment 14 guarantees No state Make any law or enforce any law that deprives a citizen of their property, liberty, unlawful seizure of property ... etc supplemented by the 4th Amendment makes Idahos actions totally illegal.

Petitioners - Plaintiffs

Jen Holdings Limited Liability Corporation is a Montana Close Corporation under Montana law has rights under citizenship.

State of Montana Attorney General Matthew Cochenour

State of Montana Department of Revenue       Beatty

United States Attorney for District of Montana.

Faron Raymond Hawkins CEO Jen Holdings LLC

Stockholders of Jen Holdings LLC

Original jurisdiction, standing from 16 years ago when Jen Holdings LLC signed documents with the Montana Secretary of state under Jen Holdings LLC to be governed by Montana law by state and federal laws. Now Defendants are not only depriving Jen Holdings LLC of the Corporate assets, stock, they are depriving the federal government, Treasury Dept, Social Security Dept, IRS, State of Montana of their lawful property, revenue,

This severly places Jen Holdings LLC and its share holder CEO in danger of civil and criminal charges by Defendants actions as with loss of corporate assets it would violate federal and Montana law to go unreported as it puts Jen Holdings LLC and F Raymond Hawkins in bankruptcy and unable to fullfill corporate bylaws, Charter, state and federal laws requirements.

Notice from CEO Jen Holdings LLC a close corporation that freudulent concealment, misappropriations of corporate property, embezzlement theft, forgery

Montana Attorney General Matthew Cochenour has standing under Montana law and under federal diversity.

Jen Holdings LLC C1350842 Registered Agent Elite Montana Services Inc Ashley Svihl Sampson 2410 Fleet street Missoula, Montana 59808 406-721-3079

Feb 23, 2024 A person unknown, possibly Raymond E Russell Dorlene M Russell had contacted Elite Montana Services and fraudulently instructed them to no longer act as Jen Holdings LLC registered Agent, instructing them Jen Holdings new address is a POB 190087 Boise Idaho 83719 by a unknown person who is fraudulently misrepresenting Jen Holdings LLC and its CEO F Raymond Hawkins, and violating Montana Corporate law as a Montana Corporation can not have a out of state address or PO Box. This is fraud, corporate fraud, theft...

Veterans Hospital Director David Woods produced medical files 5-27-2023 as to Raymond E Hawkins who had dementia, died of Cancer May 7 2023

Jen holdings LLC Newmar Motorhome titled registered at Missoula Montana Department of Motor Vehicles from 2007 thru 2023 used by corporation, did transport corporate assets, property, 380 gold coins 140 silver coins $250,000 cash and other corporate property.

Jen Holdings LLC books shows stock issued representing ownership of corporation is Faron Raymond Hawkins, owns, controls all shares and is CEO of Jen Holdings LLC for standing to create a federal, Montana nexus of Jurisdiction

Jen Holdings LLC is a Montana Corporation in good standing for over sixteen years. All Jen Holdings LLC property is Non probateable property thus Idaho has no Jurisdiction

Donna L Hawkins CFO of Jen Holdings LLC Will states her estate is non probateable because her property was gained by a Antenuptial agreement, contract, Kept separate in Idaho Central Credit union in her name and not her husbands. Under Idaho Code 32-712 governing Antenuptial agreements, Contracts, "The state Courts of Idaho shall have no authority over any such marital agreement either to amend, rescind, or Probate. In Kelly v Kelly 171 Idaho the Idaho Supreme Court held: " Antenuptial Agreements must not be probated, no state Court has Subject Matter Jurisdiction over antenuptial agreement Contracts I.C. 32-910 holds, Donna Lou Hawkins separate property is not liable for any of her husbands Raymond E Hawkins debts, or probated claims.

Donna L Hawkins issued only one will to Faron R Hawkins, Heirby Faron is sole heir of any property of Donna L Hawkins, and Donna L Hawkins will is under IC 32-712 antenuptial contract, which is non probateable instrument

This proves that Jen Holdings LLC and Donna Lou Hawkins property, assets are non probateable, that Idaho does not have Subject Matter Jurisdiction and are out of the reach of Idaho. It further proves the United States Attorney for the District of Montana, Montana Attorney General United States Treasury, Social Security Administration, Internal Revenue Service, Montana Department of Revenue, Jen Holdings LLC F. Raymond Hawkins have

Jacob Jones, Russells lawyer had in his possession Jen Holdings LLC Title to Newmar along with Russells, yet intentionally concealed this evidence that proved not only criminal acts but civil tortious acts amounting to over one million two hundred thousand dollars, and prove Jen holding LLC assets are not probateable.

Greg Hawkins attorney who created the will, trust for Donna L Hawkins that stated, Everything goes to Faren Hawkins before her death, destroyed Donna's will, and represented Russells after they got the victims signature. Violating IRPC 1.7 concurrent conflicts void wills, contracts.

Federal established Constitutional law requires the Court to appoint Counsel for a indigent petitioner where he brings a action that is not competent to represent Jen Holdings LLC, stockholders, himself and Contractual commitments. Petitioner has contacted Matthew Monforton to ask for representation for Jen Holdings LLC but has not heard back. Since this matter is impacting not only Jen Holdings LLC Shareholders, Faren Hawkins, but also the State of Montana dept of revenue, state of Montana as CEO is responsible to act under laws of Montana as to the Montana corporations laws it was created under it is there by given.

Notice to U.S. Attorney for Montana.
Montana Attorney General

Faren Raymond Hawkins has done everything he can considering he is in prison, and is unlawfully deprived of property under 14th Amendment to

The very fact that Idaho is infact stealing from the state of Montana U.S. Treasury, Jen Holdings LLC Faren Hawkins, Stockholders while depriving Jen Holdings LLC Faren Hawkins of corporate funds to hire a lawyer to defend Jen Holdings property is done fully knowing Idaho does not have authority to probate Jen Holdings or Donna L Hawkins Antenuptial contracts by law. This shows it fits into a RICO violation, criminal violations

# Relief

1- Injunction to stop State of Idaho from Probating Jen Holdings LLC a Montana Corporations Property assets.

2- Appoint counsel to secure & Protect Jen Holdings LLC, their stockholders, Property, assets, Farm R Hawkins as all assets are being blocked for use of legal representative.

3- Stay Idaho State court proceedings involving Jen Holdings assets, 380 gold coins, 140 silver coins $181,000 cash.

4- Stay Idaho State court proceedings involving the Probate of Donna L Hawkins Antinuptial agreement.

5- Require Idaho to audit all inventory

6- Conduct a evidentuary hearing to require Russells to testify to why they fraudulently concealed $1.2 million in assets to Jen Holdings LLC stockholders, heirs, court.

7- Refer Russells, Jacob Jones to investigations to be charged for fraud, theft, embezzlement, elder abuse etc...

8- ~~Remove~~ Remove Case to federal court, secure assets

9- FBI or Montana State Dept Revenue go to Idaho and secure protect 380 gold 140 silver $181,000 by removing it to Montana

no- Issue warrant for Arrest of Raymond E Russell, Darlene M Russell for forging Title registration to New mar motorhome insured in Missoula Montana DMV, sold by Russells.

Montana Law governing Corporations require montana to enforce its

35-8-502 MCA   Donna Lou Hawkins estate extends to contributions of deceased estates, so even if this is probated, Donna L Hawkins will requires Jen holdings to receive all her estate

35-8-605 MCA   Russells are civily liable for wrongful distribution of assets

35-9-306 MCA   Corporate liability Requires CEO Faron Hawkins to notify DUSA Jesse Laslovich & Montana AG Matthew Cochenour. So corporation is not liable if DUSA+AG fail to act.

Jen Holdings LLC CEO Faron Hawkins, Stockholders, Estate, demands this case be removed under montana state, United States Constitutional, federal law, under federal question and diversity as

Idaho is illegally holding Jen Holdings LLC Assets in clear violations under MCA, contract law, 14th Amendment property rights, Idaho law 15-3-203 requires Faron to be appointed as estate personal rep. Idaho violates this. Respondents, defendants all conspire to hid Jen Holdings Assets so they attempt to probate. Judges Idaho Russells committed fraud, yet continue to facilitate the fraud.

Jen Holdings LLC CEO Faron Hawkins demands counsel be appointed to represent the Corporation, Faron, and stockholders to protect property and Constitutional rights

Eyped rtd.

August 14 2024

Faron R Hawkins
CEO Jen Holdings LLC